UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DEEANTONIO WALLACE ET AL** | **CIV. ACTION NO. 3:23-00529** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARQUIS TILLMAN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 32] previously filed herein, having thoroughly reviewed the record, noting the lack of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss for failure to state a claim upon which relief can be granted filed by Defendants-in-Interpleader Deeantonio Wallace, Terryona Mitchell, and Rodney Shaw [Doc. No. 11], and Defendants-in-Interpleader Teairra Willeshia Smith on behalf of the minor Ca'Darren O'Shae Shaw and Natasha Antoinette Spivey on behalf of the minor Demarrion Latrey Shaw [Doc. No. 27] are **GRANTED IN PART** and **DENIED IN PART** as follows:

Plaintiff-in-Interpleader's request for injunctive relief under 28 U.S.C. § 2361 is **DISMISSED WITHOUT PREJUDICE**. Defendants-in-Interpleader's motions are otherwise **DENIED**.

THUS, DONE in Chambers on this 21st day of September 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**